# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.*, **MURRAY FARMER**, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>**THE REPUBLIC OF HONDURAS**, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 17-00470-KD-N<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, granting the United States' motion to dismiss, it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED.

DONE and ORDERED this 30th day of January 2020.

　　　　　　　　　　　　　　　　　 **s/ Kristi K. DuBose**
　　　　　　　　　　　　　　　　　 **KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　 **CHIEF UNITED STATES DISTRICT JUDGE**