IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, MURRAY FARMER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 17-00470-KD-N ) |
| THE REPUBLIC OF HONDURAS, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

In accordance with the opinion of the Court of Appeals for the Eleventh Circuit (doc. 91) (doc. 93, mandate), the order and judgment (docs. 80, 81) are vacated and this action is reinstated for further proceedings consistent with the Supreme Court's opinion in United States *ex. rel.* Polansky v. Executive Health Resources, Inc., 143 S. Ct. 1720 (2023).

Accordingly, the United States' Consented Motion to Set Briefing Schedule (doc. 94) is GRANTED. The United States' motion pursuant to 31 U.S.C. § 3730(c)(2)(A) shall be due on **November 1, 2023**. The Relators' response shall be due on **December 8, 2023**, and the United States' reply shall be due **December 22, 2023**.

DONE and ORDERED this 21st day of September 2023.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE